UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
CESIR, ADEM § Case No. 13-35707
 §
      Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

     Funds were disbursed in the following amounts:

     Payments made under an interim
     disbursement
     Administrative expenses
     Bank service fees
     Other payments to creditors
     Non-estate funds paid to 3rd Parties
     Exemptions paid to the debtor
     Other payments to the debtor

     Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/R. SCOTT ALSTERDA_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: 13-35707 JSB Judge: JANET S. BAER | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: CESIR, ADEM | Date Filed (f) or Converted (c): | 09/09/13 (f) |
| | 341(a) Meeting Date: | 10/24/13 |
| For Period Ending: 12/05/14 | Claims Bar Date: | 01/27/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5137 N. Nottingham, Chicago, IL | 170,000.00 | 0.00 | | 0.00 | FA |
| 2. 6118 N. Sheridan Rd., Unit 501, Chicago, IL-Condo [Dkt 31] | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Cash on Hand | 80.00 | 0.00 | | 0.00 | FA |
| 4. Personal Bank Account (1618) and (5060) | 1,137.19 | 0.00 | | 0.00 | FA |
| 5. Business Bank Account (6060) | 3,315.31 | 0.00 | | 0.00 | FA |
| 6. Household Goods, furnishings, appliances & electro | 460.00 | 0.00 | | 0.00 | FA |
| 7. Personal Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 8. 1000 shares of stock in CDA Transportation | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2001 GMC Jimmy 2-Door SUV | 2,493.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Freightliner Classic | 9,000.00 | 7,250.00 | | 7,250.00 | FA |
| 11. 2003 Byston Trailer | 1,500.00 | 3,750.00 | | 3,750.00 | FA |
| TOTALS (Excluding Unknown Values) | $308,085.50 | $11,000.00 | | $11,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/14   Current Projected Date of Final Report (TFR): 11/30/14

/s/  R. SCOTT ALSTERDA
_____ Date: 01/15/15
R. SCOTT ALSTERDA

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-35707 -JSB | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | CESIR, ADEM | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9941 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7032 | | | |
| For Period Ending: | 12/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/02/14 | 10 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Sale of Truck and Trailor [Dkt 24] | 1129-000 | 3,500.00 | | 3,500.00 |
| 01/07/14 | 10, 11 | CESIR, ADEM<br>5137 N. Nottingham Av.<br>Chicago, IL 60656-3609 | Truck and Trailor<br>First installment on the balance of the purchase price for the 3 vehicles. (Allocate $250.00 to each vehicle). | 1129-000 | 750.00 | | 4,250.00 |
| 02/03/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 | | 5,000.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 02/10/14 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 3.45 | 4,986.55 |
| 02/28/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656 | Truck and Trailor | 1129-000 | 750.00 | | 5,736.55 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,726.55 |
| 03/31/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 | | 6,476.55 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,466.55 |
| 04/28/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 | | 7,216.55 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,206.55 |
| 06/06/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 | | 7,956.55 |

Page Subtotals  8,000.00  43.45

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-35707 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- |
| Case Name: | CESIR, ADEM | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9941 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7032 | | |
| For Period Ending: | 12/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.71 | 7,945.84 |
| 06/26/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 | | 8,695.84 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.18 | 8,684.66 |
| 07/23/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 | | 9,434.66 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.20 | 9,421.46 |
| 08/22/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 | | 10,171.46 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.26 | 10,157.20 |
| 09/19/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609!! | Truck and Trailor | 1129-000 | 750.00 | | 10,907.20 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.94 | 10,892.26 |
| 10/15/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656 | Tractor Trailor Truck | 1129-000 | 750.00 | | 11,642.26 |
| 10/23/14 | 030002 | Adem Cesir<br>5137 N. Nottingham<br>Chicago, IL 60656 | Refund for Overpayment 10, 11<br>Refund to Debtor in the amount of $750.00 for overpayment for sale of truck and trailor #10 and #11 (See letter dated 10-23-2014) | 8200-002 | | 750.00 | 10,892.26 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.77 | 10,875.49 |

Page Subtotals    3,750.00    831.06

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-35707 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | CESIR, ADEM | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9941 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7032 | | |
| For Period Ending: | 12/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | COLUMN TOTALS | 11,750.00 | 874.51 | 10,875.49 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  |  | Subtotal | 11,750.00 | 874.51 | |
|  |  |  | Less: Payments to Debtors | | 750.00 | |
|  |  |  | Net | 11,750.00 | 124.51 | |

| | | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| | | | Checking Account (Non-Interest Earn - *******9941 | 11,750.00 | 124.51 | 10,875.49 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | 11,750.00 | 124.51 | 10,875.49 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 15, 2015 |

Case Number: 13-35707  
Debtor Name: CESIR, ADEM  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,938.00 | $2,938.00 |
| 001 3410-00 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Administrative | | $0.00 | $869.70 | $869.70 |
| 001 3420-00 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Administrative | | $0.00 | $13.75 | $13.75 |
| BOND 999 2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $3.45 | $3.45 |
| 999 8200-00 | ADEM CESIR<br>5137 N NOTTINGHAM AVE<br>CHICAGO, IL  60656-3609 | Unsecured | | $0.00 | $0.00 | $5,772.08 |
| | Case Totals: | | | $0.00 | $3,824.90 | $9,596.98 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-35707
Case Name: CESIR, ADEM
Trustee Name: R. SCOTT ALSTERDA

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ | $ | $ |
| Trustee Expenses: R. SCOTT ALSTERDA | $ | $ | $ |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko | $ | $ | $ |
| Accountant for Trustee Expenses: Alan D. Lasko | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is
$              .