# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  Adem Cesir,  )
)
)  Bankruptcy No. _____13-35707_____
)
Debtor.  )  Chapter _____7_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____R. Scott Alsterda, Chapter 7 Trustee_____

Authorized to Provide Professional Services to: _____R. Scott Alsterda, Chapter 7 Trustee_____

Date of Order Authorizing Employment: _____September 9, 2013 - Appointment_____

Period for Which Compensation is Sought:
From _____September 19_____, _____2013_____ through _____November 17_____, _____2014_____

Amount of Fees Sought: $ 1,280.29

Amount of Expense Reimbursement Sought: $ 1.67

This is an:    Interim Application _____    Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____December 5, 2014_____                R. Scott Alsterda, Chapter 7 Trustee
                                                                          (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ADEM CESIR, | ) | Case No. 13-35707 |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |
| | ) | |
| | ) | |

**TRUSTEE'S FIRST AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW COMES R. SCOTT ALSTERDA, Trustee herein, pursuant to 11 U.S.C. §330, and requests the allowance of $1,280.29 as compensation (after surplus to Debtor) and $1.67 for expenses, no amount of which has previously been paid.

I.　**COMPUTATION OF COMPENSATION**

The Trustee performed at least 13 hours of services on behalf of the estate for the period from September 19, 2013 through November 17, 2014 with a value of $6,795.00 exclusive of the additional time spent by the Trustee in reviewing monthly bank statements, preparing and filing the Trustee's Final Report and this Application, attending the hearing on the Trustee's Fee Application and Final Report, issuing the distribution checks and preparing and filing the Trustee's Final Account. The value of the actual time spent by the Trustee in this case exceeds the amount which the Trustee can be awarded pursuant to 11 USC § 326. A detailed description of the tasks performed by the Trustee is attached hereto as Exhibit "A" and a copy of the Trustee's detailed time records for this case from September 19, 2013 through November 17, 2014 is attached hereto as Exhibit "B."

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,302.92. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $30.29 | ($4,500.00 max.) |
| 05% of next $950,000.00 | 0.00 | ($47,500.00 max.) |
| 03% of balance | 0.00 | |
| **TOTAL COMPENSATION** | **$1,280.29** | |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

DATE: December 5, 2014                    Respectfully Submitted

R. SCOTT ALSTERDA, TRUSTEE

/s/ R. Scott Alsterda

R. Scott Alsterda, Trustee
3500 Three First National Plaza
70 West Madison Avenue
Chicago, IL  60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com

2