# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  Adem Cesir,                )
                                  )
                                  )  Bankruptcy No. ___13-35707___
                                  )
           Debtor.                )  Chapter _____7_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Ungaretti & Harris LLP_____

Authorized to Provide Professional Services to: _____R. Scott Alsterda, Chapter 7 Trustee_____

Date of Order Authorizing Employment: _____November 26, 2013_____

Period for Which Compensation is Sought:
From _____November 18_____, __2013__  through _____October 29_____, __2014__

Amount of Fees Sought: $ 2,938.00

Amount of Expense Reimbursement Sought: $ 0.00

This is an:   Interim Application _____      Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____December 5, 2014_____          _____R. Scott Alsterda_____
                                                          (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ADEM CESIR, | ) | Case No. 13-35707 |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |
| | ) | |
| | ) | |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1. Adem Cesir (the "Debtor") filed his voluntary petition under Chapter 7 of the Bankruptcy Code on September 9, 2013.

2. R. Scott Alsterda (the "Trustee") was appointed as the Trustee for the Debtor's estate. The Trustee filed his Initial Report of Assets on October 24, 2013.

3. On November 26, 2014, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the November 26, 2014 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee (effective as of November 18, 2013) is attached hereto as Exhibit "A."

## CASE SUMMARY

4. The Trustee examined the Debtor at the creditors' meeting and the Trustee determined that the Debtor had some equity in a truck and trailer which could be administered for the benefit of creditors.

5. The Trustee with the assistance of U&H negotiated a purchase agreement with the Debtor and obtained an order authorizing the sale of the estate's right, title and interest in the vehicles to the Debtor in the amount of $11,000 payable in monthly installments.

6. The Debtor made all of the required payments under the sale order, however no claims have been filed by any of the Debtor's creditors and it appears that this will be a surplus estate.

7. In addition to the sale motion, U&H assisted the Trustee in obtaining orders authorizing the Trustee's employment of legal counsel and tax accountants.

## DESCRIPTION OF LEGAL SERVICES

8. The nature and extent of the services which U&H provided to the Trustee are summarized in the next few paragraphs.

9. <u>Employment of Legal Counsel and Tax Accountant</u>. U&H provided 3.70 hours of services to the Trustee with a value of $1,277.50 related to the Trustee's motions to employ U&H as his bankruptcy counsel and Alan D. Lasko & Associates P.C. as his tax accountants in this case. These services included drafting the motions, the declarations and the proposed orders, as well as a court appearance for the hearings on the motion to employ tax accountants.

10. <u>Sale of Assets</u>. U&H provided 3.20 hours of services with a value of $1,398.00 to the Trustee related to the sale of the estate's right, title and interest in a truck and trailer to the Debtor. U&H assisted the Trustee in negotiating the terms of the purchase agreement with the

Debtor and drafted the sale motion. U&H also drafted a quit-claim bill of sale which the Trustee delivered to the Debtor after all of the installment payments were made.

11. <u>Abandonment Motion</u>. U&H provided .50 hours of services with a value of $162.50 to the Trustee related to JPMorgan Chaes's motion for an order of abandonment related to a condo owned by the Debtor. At the Trustee's request U&H revised the loan documents and the Debtor's Schedules to determine if the condo had any value to the bankruptcy estate.

12. <u>Summary of Services</u>. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
| --- | --- | --- |
| Employment of Counsel and Accountant | 3.70 | $1,377.50 |
| Sale of Assets | 3.20 | $1,398.00 |
| Abandonment Motion | 0.50 | $162.50 |
| **TOTALS** | **7.40** | **$2,938.00** |

13. Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H in chronological order. The statement reflects the legal services rendered, the time expended, the value of the services, and a description of the work performed.

14. The time expended and services rendered by the individual U&H attorneys are summarized as follows:

| Attorney | Hours | Blended Hourly Rate | Total |
| --- | --- | --- | --- |
| R. Scott Alsterda | 2.30 | $523.70 | $1,204.50 |
| Patrick F. Ross | 5.10 | $339.90 | $1,733.50 |
| TOTAL | 7.40 | | $2,938.00 |

15. Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services and the compensation sought are fair and reasonable.

3

16. At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $2,938.00 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $0.00.

DATE: December 5, 2014                    Respectfully Submitted

                                          UNGARETTI & HARRIS LLP

                                          /s/ R. Scott Alsterda

Of Counsel:
R. Scott Alsterda (ARDC 3126771)
Ungaretti & Harris, LLP
3500 Three First National Plaza
70 West Madison Avenue
Chicago, IL  60602-4283
312-977-9203; 312-977-4405 (Fax)
rsalsterda@uhlaw.com

4