UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CESIR, ADEM § Case No. 13-35707 JSB
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          United States Bankruptcy Court
          219 South Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/17/2015 in Courtroom 615,
          United States Courthouse
          219 S. Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/23/2015                  By: Clerk of the U.S. Bankruptcy Court


*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
CESIR, ADEM § Case No. 13-35707 JSB
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,750.00 |
| and approved disbursements of | $ | 874.51 |
| leaving a balance on hand of[1] | $ | 10,875.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA | $ 1,280.29 | $ 0.00 | $ 1,280.29 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 1.67 | $ 0.00 | $ 1.67 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 2,938.00 | $ 0.00 | $ 2,938.00 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 869.70 | $ 0.00 | $ 869.70 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 13.75 | $ 0.00 | $ 13.75 |
| Other: International Sureties, Ltd. | $ 3.45 | $ 3.45 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 5,103.41 |
| Remaining Balance | | | $ 5,772.08 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  The amount of surplus returned to the debtor after payment of all claims and interest is
$ 5,772.08 .

                Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-35707-JSB
Adem Cesir                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 1              Date Rcvd: Jan 26, 2015
                              Form ID: pdf006            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2015.
```
db         +Adem Cesir,    5137 N. Nottingham Ave.,    Chicago, IL 60656-3609
20967400    ARS National Services, Inc.,    PO Box 463023,    Escondido, CA 92046-3023
20967399   +Anthony J. Peraica & Assoc., Ltd.,    5130 S. Archer Avenue,    Chicago, IL 60632-4859
20967401   +Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
20967402    CBCS,   PO Box 163250,    Columbus, OH  43216-3250
20967403    CITIBANK,   PO Box 469100,    Escondido, CA  92046-9100
20967404   +Codilis & Associates,    15W030 N. Frontage Road,    Suite 100,   Burr Ridge, IL 60527-6921
20967405    JPMorgan Chase,    ATTN: Bankruptcy Department,    Mail Code OH4-7142,    3415 Vision Drive,
             Columbus, OH  43219-6009
20967406    JPMorgan Chase (OH4-7218),    3415 Vision Drive,    Columbus, OH 43219-6009
20967407   +Lawrence N. Stein, Esq.,    20 N. Clark St.,    Suite 1725,    Chicago, IL 60602-5000
20967408   +NCC Business Services, Inc.,    9428 Baymeadows Road,    Suite 200,    Jacksonville, FL 32256-7912
20967409    RBS Citizens,    PO Box 42014,    PRovidence, RI  02940-2014
20967410    Wells Fargo Bank,    BAnkruptcy Dept.,    PO Box 10438,    Des Moines, IA  50306-0438
20967411    Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty             Ungaretti & Harris LLP
20967398*     +Adem Cesir,    5137 N. Nottingham Ave.,    Chicago, IL 60656-3609
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2015                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2015 at the address(es) listed below:
```
              Anthony J Peraica    on behalf of Debtor Adem  Cesir peraicalaw@aol.com,   cwinans@peraica.com
              Patrick F Ross    on behalf of Trustee R Scott Alsterda pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com;patrick@robertjross.c
               om
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    JPMorgan Chase Bank,National Association
               ND-Four@il.cslegal.com
              R Scott Alsterda    on behalf of Accountant    Alan D Lasko & Associates PC rsalsterda@uhlaw.com,
               ralsterda@ecf.epiqsystems.com
              R Scott Alsterda    rsalsterda@uhlaw.com,    ralsterda@ecf.epiqsystems.com
              Rachael A Stokas    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for Wamu Mortgage
               Pass-Through Certificates Series 2005-PR1 Trust ND-Two@il.cslegal.com
                                                                                                 TOTAL: 7
```