UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
CESIR, ADEM                         §   Case No. 13-35707
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4) This case was originally filed under chapter   on   . The case was pending for   months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____ By:/s/R. SCOTT ALSTERDA_____
                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Adem Cesir |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-35707    JSB    Judge: JANET S. BAER | Trustee Name:    R. SCOTT ALSTERDA |
| Case Name: | CESIR, ADEM | Date Filed (f) or Converted (c):    09/09/13 (f) |
| | | 341(a) Meeting Date:    10/24/13 |
| For Period Ending: | 03/12/15 | Claims Bar Date:    01/27/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5137 N. Nottingham, Chicago, IL | 170,000.00 | 0.00 | | 0.00 | FA |
| 2. 6118 N. Sheridan Rd., Unit 501, Chicago, IL-Condo [Dkt 31] | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Cash on Hand | 80.00 | 0.00 | | 0.00 | FA |
| 4. Personal Bank Account (1618) and (5060) | 1,137.19 | 0.00 | | 0.00 | FA |
| 5. Business Bank Account (6060) | 3,315.31 | 0.00 | | 0.00 | FA |
| 6. Household Goods, furnishings, appliances & electro | 460.00 | 0.00 | | 0.00 | FA |
| 7. Personal Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 8. 1000 shares of stock in CDA Transportation | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2001 GMC Jimmy 2-Door SUV | 2,493.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Freightliner Classic | 9,000.00 | 7,250.00 | | 7,250.00 | FA |
| 11. 2003 Byston Trailer | 1,500.00 | 3,750.00 | | 3,750.00 | FA |
| TOTALS (Excluding Unknown Values) | $308,085.50 | $11,000.00 | | $11,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/14      Current Projected Date of Final Report (TFR): 11/30/14

/s/    R. SCOTT ALSTERDA
_____ Date: 03/12/15
       R. SCOTT ALSTERDA

LFORM1                                                                                                                                   Ver: 18.03b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-35707 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | CESIR, ADEM | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******9941 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7032 |  |  |
| For Period Ending: | 03/12/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/02/14 | 10 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Sale of Truck and Trailor [Dkt 24] | 1129-000 | 3,500.00 |  | 3,500.00 |
| 01/07/14 | 10, 11 | CESIR, ADEM<br>5137 N. Nottingham Av.<br>Chicago, IL 60656-3609 | Truck and Trailor<br>First installment on the balance of the purchase price for the 3 vehicles. (Allocate $250.00 to each vehicle). | 1129-000 | 750.00 |  | 4,250.00 |
| 02/03/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 |  | 5,000.00 |
| 02/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,990.00 |
| 02/10/14 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 |  | 3.45 | 4,986.55 |
| 02/28/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656 | Truck and Trailor | 1129-000 | 750.00 |  | 5,736.55 |
| 03/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,726.55 |
| 03/31/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 |  | 6,476.55 |
| 04/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 6,466.55 |
| 04/28/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 |  | 7,216.55 |
| 05/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 7,206.55 |
| 06/06/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 |  | 7,956.55 |

Page Subtotals      8,000.00      43.45

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 13-35707 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | CESIR, ADEM | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9941 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7032 | | |
| For Period Ending: | 03/12/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.71 | 7,945.84 |
| 06/26/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 | | 8,695.84 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.18 | 8,684.66 |
| 07/23/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 | | 9,434.66 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.20 | 9,421.46 |
| 08/22/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609 | Truck and Trailor | 1129-000 | 750.00 | | 10,171.46 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.26 | 10,157.20 |
| 09/19/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656-3609!! | Truck and Trailor | 1129-000 | 750.00 | | 10,907.20 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.94 | 10,892.26 |
| 10/15/14 | 10, 11 | Adem Cesir<br>5137 N. Nottingham Ave.<br>Chicago, IL 60656 | Tractor Trailor Truck | 1129-000 | 750.00 | | 11,642.26 |
| 10/23/14 | 030002 | Adem Cesir<br>5137 N. Nottingham<br>Chicago, IL 60656 | Refund for Overpayment 10, 11<br>Refund to Debtor in the amount of $750.00 for overpayment for sale of truck and trailor #10 and #11 (See letter dated 10-23-2014) | 8200-002 | | 750.00 | 10,892.26 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.77 | 10,875.49 |
| 02/19/15 | 030003 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 1,280.29 | 9,595.20 |

Page Subtotals   3,750.00   2,111.35

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 13-35707 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | CESIR, ADEM | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9941 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7032 | | |
| For Period Ending: | 03/12/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/19/15 | 030004 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 1.67 | 9,593.53 |
| 02/19/15 | 030005 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,938.00 | 6,655.53 |
| 02/19/15 | 030006 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant for Trustee Fees (Other | 3410-000 | | 869.70 | 5,785.83 |
| 02/19/15 | 030007 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant for Trustee Expenses (Ot | 3420-000 | | 13.75 | 5,772.08 |
| 02/19/15 | 030008 | ADEM CESIR<br>5137 N NOTTINGHAM AVE<br>CHICAGO, IL 60656-3609 | Surplus Funds Paid to Debtor | 8200-002 | | 5,772.08 | 0.00 |

Page Subtotals      0.00      9,595.20

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-35707 -JSB |
| Case Name: | CESIR, ADEM |
| Taxpayer ID No: | *******7032 |
| For Period Ending: | 03/12/15 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9941 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 11,750.00 | 11,750.00 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 11,750.00 | 11,750.00 | |
| | Less: Payments to Debtors | | | 6,522.08 | |
| | Net | | 11,750.00 | 5,227.92 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******9941 | 11,750.00 | 5,227.92 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 11,750.00 | 5,227.92 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*